THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JULIUS HAMMER, Appellant.

*Crimes — manslaughter — abortion — conviction for manslaughter in first degree affirmed.*

People v. *Hammer*, 194 App. Div. 712, affirmed.

(Argued November 30, 1921; decided December 16, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1921, which affirmed a judgment of

the Bronx County Court rendered upon a verdict convicting the defendant, a physician, of the crime of manslaughter in the first degree in causing the death of a woman through an operation intended to bring on a miscarriage.

*Francis M. Scott* for appellant.

*Manning Stires* and *Bernard S. Barron, amici curiæ.*

*Edward J. Glennon, District Attorney (Albert Cohn* and *William F. Quigley* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND and ANDREWS, JJ. Dissent: MCLAUGHLIN and CRANE, JJ. Not voting: HOGAN, J.